1244  RODE vs. PHELPS (County Treasurer, Wayne), 80 M., 598.

To compel respondent to receive the tax of $300 provided for by the liquor law of 1887, and issue a receipt therefor, on the ground that the law of 1889 is unconstitutional.

Denied April 29, 1890, without costs.

Law held unconstitutional, but writ refused because there is no showing that a bond has been approved and filed, as required by the law of 1887.

1245  GIDDINGS vs. WELLS (County Treasurer, Van Buren), No. 13926½.

To compel respondent to accept the tax and relator's bond and issue the statutory receipt and card for selling intoxicating liquors, the relator's contention being that the proceedings under the local option law are invalid.

Order to show cause denied January 2, 1894, on the ground that the application should be made to the Circuit Court.

1246  GIDDINGS vs. COUNTY TREASURER (Van Buren), No. 14000, 99 M., 221.  (Certiorari to Van Buren.)

To compel respondent to accept relator's bond and the tax for selling intoxicating liquors, and to issue the statutory receipt and card, on the ground that the proceedings in that county under the local option law are invalid.

The circuit judge denied the writ.

Affirmed February 27, 1894.